1  DEBORAH G. LEVINE, ESQ. SBN 57607
   Law Offices of Deborah G. Levine
2  1299 Newell Hill Place, Suite 300
   Walnut Creek, CA 94596
3
   Counsel for Defendant
4  JOHN COOKS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-478 YGR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE TRIAL SERVICES SUPERVISION** |
| v. | |
| JOHN COOKS | |
| Defendant. | |

IT IS HEREBY AGREED AND STIPULATED, by and between the parties to this action, that the current order of release be modified to allow the defendant leave from his residence for structured activities as directed by Pre Trial Services. This will enable pre trial services, when appropriate, to permit defendant COOKS to participate in activities away from home but appropriately supervised after that is determined by the Pre Trial Services Officer.

This request is being made because Mr. Cooks has been invited by the supervisor of the Next Step Learning Center where Mr. Cooks tutors to attend a Warriors game on April 10, 2014 under their supervision. Pre Trial Services Officer Silvio Lugo has requested this modification to permit Mr. Cooks to attend this game.

John Cooks will self surrender on May 27, 2014 pursuant to the court's order (document number 37) and is on pre trial release only until that date.

CR 12-00478 YGR
Modification of pre trial services release order        1

Date: April 8, 2014         /s/
                            DEBORAH LEVINE
                            Counsel for defendant JOHN COOKS

Date: April 8, 2014         /s/
                            BRIGID MARTIN
                            Assistant United States Attorney

## ORDER

Based upon the above proposed stipulation and order and the reasons stated, this court modifies the current order of pre trial services supervision to permit the defendant leave from his residence for structured activities as directed by Pretrial Services.

IT IS SO ORDERED.

4/9/14                      *Kandis Westmore*
Date                        HON. KANDIS A. WESTMORE
                            MAGISTRATE JUDGE